This decision of the Supreme Court of New Mexico was not selected for publication in the New Mexico Appellate Reports. Refer to Rule 12-405 NMRA for restrictions on the citation of unpublished decisions. Electronic decisions may contain computer-generated errors or other deviations from the official version filed by the Supreme Court.

**IN THE SUPREME COURT OF THE STATE OF NEW MEXICO**

**Filing Date: June 17, 2024**

**No. S-1-SC-39821**

**FOUR HILLS COMMUNITY, LLC**
**d/b/a FOUR HILLS PRIVATE**
**COMMUNITY,**

       Plaintiff-Appellee,

v.

**SHERRY LYNN TUCKER,**

       Defendant-Appellant,

and

**GLORIA H. NOVAK,**

       Defendant.

**CERTIFICATION FROM THE COURT OF APPEALS**
**Joshua A. Allison, District Judge**

Sherry L. Tucker
Pro se
Edgewood, NM

for Appellant

Vance, Chavez & Associates, LLC
James A. Chavez
Albuquerque, NM

for Appellee

**DISPOSITIONAL ORDER OF REMAND**

**PER CURIAM.**

**{1}** WHEREAS, this matter came on for consideration by the Court upon certification order from the Court of Appeals, and the Court having considered the foregoing order and being sufficiently advised, on March 27, 2023, held this matter in abeyance pending this Court's disposition in *Padilla v. Torres*, No. S-1-SC-35619, without deciding whether to accept certification;

**{2}** WHEREAS, this Court issued an opinion in *Padilla* on February 5, 2024, reversing and remanding that matter to the metropolitan court for a new trial, *see Padilla v. Torres*, 2024-NMSC-007, ¶ 2, ___ P.3d ___;

**{3}** WHEREAS, the Court concludes that the certified question presented in this matter is addressed by the Court's opinion in *Padilla*;

**{4}** WHEREAS, the Court, therefore, exercises its discretion under Rule 12-405(B) NMRA to dispose of this matter by nonprecedential order; and

**{5}** WHEREAS, the Court having considered the foregoing and being sufficiently advised;

**{6}** NOW, THEREFORE, IT IS ORDERED that the Court's March 27, 2023, order holding this matter in abeyance is WITHDRAWN;

**{7}** IT IS FURTHER ORDERED that certification is ACCEPTED; and

**{8}** IT IS FURTHER ORDERED that this matter is remanded to the metropolitan court for a new trial in accordance with *Padilla.*

**{9}** **IT IS SO ORDERED.**

**WE CONCUR:**

**DAVID K. THOMSON, Chief Justice**

**MICHAEL E. VIGIL, Justice**

**C. SHANNON BACON, Justice**

**JULIE J. VARGAS, Justice**

**BRIANA H. ZAMORA, Justice**